# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 13, 2025

## NO. 03-25-00030-CV

**Brigitte Starkey and David Starkey, Appellants**

**v.**

**Diana Hiebler, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
### DISMISSED FOR WANT OF JURISDICTION –
### OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment signed by the trial court on January 9, 2025. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.